jamin M. Cardozo and Eli J. Blair for petitioners. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack and I. Henry Kutz for the United States.

No. 139. EARHART v. CALLAN, TRUSTEE IN BANK-RUPTCY. C. A. 9th Cir. Certiorari denied. John Egan Belcher for petitioner.

No. 141. CHAITT v. PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Lemuel B. Schofield for petitioner.

No. 145. NEW YORK EX REL. GADSON v. HOY, SHERIFF. Appellate Division of the Supreme Court of New York, Second Department. Certiorari denied. Curtis F. Mc-Clane for petitioner. John J. O'Brien for respondent.

No. 146. AMERICAN METAL CO., LTD. v. COMMIS-SIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. Norris Darrell, John F. Dooling, Jr. and Robert MacCrate for petitioner. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack and Melva M. Graney for respondent.

No. 147. REINECKE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. Henry C. Lowenhaupt for petitioner. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky and Louise Foster for respondent.